## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.3
## Eastern Division

Equal Employment Opportunity Commission

                    Plaintiff,

v.                                 Case No.: 1:09−cv−05291

                                        Honorable Robert M. Dow Jr.

United Parcel Service, Inc.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 3, 2009:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Status hearing held. MOTION by Defendant United Parcel Service, Inc. to dismiss [15] is taken under advisement; Plaintiff's response due by 11/24/09; Defendant's reply due by 12/8/09; ruling will be by mail. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.