IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, Plaintiff, and TRUDI MOMSEN, Intervenor-plaintiff, | ) ) ) ) | No. 09 CV 5291 |
| v. | ) ) | Judge Robert Dow, Jr. |
| UNITED PARCEL SERVICE, INC., | ) ) | Magistrate Judge Schenkier |
| Defendant. | ) ) | |

**UPS'S MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITON TO EEOC'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Defendant United Parcel Service, Inc. ("UPS") moves this Court for leave to file a sur-reply in opposition to Plaintiff Equal Employment Opportunity Commission's ("EEOC") Motion for Leave to File Second Amended Complaint. In support of this motion, UPS states as follows:

1. EEOC's motion seeking leave to file its Second Amended Complaint (Docket #59) did not include a memorandum of law. Nor did it contain EEOC's legal arguments on why it should be granted leave to file its Second Amended Complaint. Instead, EEOC made these arguments for the first time in its reply brief (Docket #63).

2. As this Court held in *Only the First Ltd. v. Seiko Epson Corp.*, 2011 WL 4577611 at * 19 (N.D. Ill. Sept. 30, 2011), "[t]o assure that the opponent of the motion is not deprived of a meaningful opportunity to respond to the arguments in support of the motion—which is the inevitable result of withholding arguments until the reply brief—a court must either invoke the waiver doctrine or allow the filing of a sur-reply." *Id.*, quoting *General Ins. Co. of Am. V. Clark Mali Corp.*, 2010 WL 807433 (N.D. Ill. Mar. 10, 2010).

3. In order for UPS to have a meaningful opportunity to respond to EEOC's motion, justice requires that UPS be granted leave to file the sur-reply attached as Exhibit 1. Judicial

economy also counsels that UPS should be granted leave to file its sur-reply rather than moving to strike EEOC's reply brief.

4. UPS also believes a sur-reply is necessary because the arguments in EEOC's reply brief are mostly arguments that were previously rejected by this Court in its two prior orders. UPS's brief cites extensively to the portions of this Court's order that previously rejected the EEOC's arguments.

5. UPS's Sur-Reply in Opposition to EEOC's Motion for Leave to File Second Amended Complaint is attached to this motion as Exhibit 1.

WHEREFORE, UPS requests that this Court grant it leave to file the attached Sur-Reply in Opposition to EEOC's Motion for Leave to File Second Amended Complaint.

    Respectfully submitted,

    UNITED PARCEL SERVICE, INC.

    By: /s/ Gary R. Clark
        One of Its Attorneys

John A. Klages, ARDC #06196781
Gary R. Clark, ARDC #06271092
Ellen Girard Georgiadis, ARDC #06276507
Quarles & Brady LLP
300 North LaSalle Street, Suite 4000
Chicago, IL 60654
(312) 715-5000
(312) 715-5155 (fax)
john.klages@quarles.com
gary.clark@quarles.com
ellen.georgiadis@quarles.com

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that a copy of the foregoing **Motion for Leave to File Sur-reply in Opposition to EEOC's Motion for Leave to File Second Amended Complaint** was filed electronically using the Court's CM/ECF system on January 3, 2012. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system at the e-mail addresses indicated below. Parties may access this filing through the Court's system:

      John C. Hendrickson
      Diane I. Smason
      Jeanne B. Szromba
      Equal Employment Opportunity Commission
      500 W. Madison St., Suite 2000
      Chicago, IL  60661
      John.hendrickson@eeoc.gov
      Diane.smason@eeoc.gov
      Jeanne.szromba@eeoc.gov

      David Hemenway
      Law Office of David Hemenway, P.C.
      300 S. Wacker Drive, Ste. 1700B
      Chicago, Illinois 60606
      employmentlaw@mac.com

      s/Gary R. Clark
      Gary R. Clark

QB\15502040.1