## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Equal Employment Opportunity Commission

                                   Plaintiff,

v.                                          Case No.: 1:09–cv–05291
                                          Honorable Robert M. Dow Jr.

United Parcel Service, Inc.

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 7, 2013:

       MINUTE entry before Honorable Robert M. Dow, Jr: Fully briefed MOTION by Defendant United Parcel Service, Inc. to dismiss [84] Section 12112(b)(6) Claim in Second Amended Complaint is taken under advisement. MOTION by Defendant United Parcel Service, Inc. Interlocutory Appeal Pursuant to 28 U.S.C. Section 1292(b) [86] is taken under advisement; response due by 2/21/2013; reply due by 2/28/2013. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.