

# United States District Court
# Northern District of Illinois

In the Matter of

EEOC            Presiding Magistrate Judge Sidney I. Schenki

v.            Case No. 09-CV-5291

UPS

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR A REFERRAL TO MAGISTRATE JUDGE

The above captioned case is currently pending on my calendar. I recommend to the Executive Committee that this case be referred to the calendar of Magistrate Judge Sidney I. Schenkier, the magistrate judge designated pursuant to Local Rule 72.1. The reasons for my recommendation are indicated on the reverse of this form.

_____
**Judge Robert M. Dow Jr.**

Date: Tuesday, June 11, 2013

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be referred to the calendar of Magistrate Judge Sidney I. Schenkier

ENTER

FOR THE EXECUTIVE COMMITTEE

_____
**Chief Judge James F. Holderman**

Dated: Tuesday, June 11, 2013

District Referral - To Designated Magistrate Judge

## CIVIL PROCEDURES

**Conduct hearings and enter appropriate orders on the following pretrial motion/matter:**

- All Discovery Motions

- Discovery Supervision

- Settlement Conference

EXCEPTIONS OR ADDITIONS:
expedited referral of this matter to Magistrate Judge Schenkier for supervision of all discovery matters as well as a settlement conference should the parties so request at any time as the case further unfolds.