IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY ) <br> COMMISSION, Plaintiff, and ) <br> TRUDI MOMSEN, Plaintiff-Intervenor, ) <br> v. ) <br> ) <br> UNITED PARCEL SERVICE, INC., ) <br> Defendant. ) <br> _____ ) | Case No. 09-cv-5291 <br><br> Judge Sara L. Ellis |

## JOINT MOTION FOR ENTRY OF CONSENT DECREE

Plaintiff Equal Employment Opportunity Commission, Plaintiff-Intervenor Trudi Momsen, and Defendant United Parcel Service, Inc., have agreed to the terms of the attached Consent Decree as final resolution of the litigation between them and jointly move that this Court enter the Consent Decree, attached hereto, and sign Exhibit 3 of the Consent Decree. Counsel for Plaintiff-Intervenor and for Defendant have read this motion and agreed to its content.

Respectfully submitted,

s/ Brad Fiorito

Brad Fiorito
EQUAL EMPLOYMENT OPPORTUNITY
 COMMISSION
Chicago District Office
500 West Madison Street, Suite 2000
Chicago, Illinois 60661
Telephone: (312) 869-8109
Fax: (312) 869-8124
E-Mail: Bradley.fiorito@eeoc.gov
ARDC# 6289473